# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLTERO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. CV F 12-1791 LJO JLT<br><br>**ORDER TO VACATE HEARING, TO TERM MOTION AND TO FILE SECOND AMENDED COMPLAINT**<br>(Docs. 8,9.) |

Based on the parties' December 28, 2012 stipulation, this Court:

1. DIRECTS the clerk to file plaintiffs' Second Amended Complaint attached as Exhibit A to the parties' stipulation. The Second Amended Complaint will serve as plaintiffs' operative complaint at this time;

2. VACATES the January 10, 2013 hearing on defendants' F.R.Civ.P. 12 motion to dismiss plaintiff's First Amended Complaint as the stipulated Second Amended Complaint renders moot the motion to dismiss;

3. DIRECTS the clerk to term the motion to dismiss the First Amended Complaint (doc. 8); and

4. ORDERS defendants, no later than January 23, 2012, to file and serve papers to respond to the Second Amended Complaint.

1

1 | This Court will take no further action on the motion to dismiss the First Amended Complaint (doc. 8).
2 |     IT IS SO ORDERED.
3 | **Dated:**   **December 28, 2012**     /s/  **Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE