Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD And JASON FELGENHAUER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLERO, individually and as Successor in Interest of VINCENT MATTHEW YZAGUIRRE, DECEASED,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, JASON FELGENHAUER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-01791-LJO-JLT<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ALLOWING THE PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT; ORDER THEREON**<br><br>**(Doc. 21)** |

Plaintiff CYNTHIA SOLTERO and defendants CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, and JASON FELGENHAUER, by and through their counsel of record, hereby stipulate and agree as follows:

## STIPULATION

1. The parties STIPULATE and AGREE that the Court should enter an Order amending the scheduling order in this case, such that the schedule be modified as follows:

| Deadline/Hearing | Current Date | Requested Date |
| --- | --- | --- |
| Expert Witness Disclosures | --- | 09/02/14 |
| Rebuttal Expert Witness Disclosures | --- | 09/16/14 |
| Expert Discovery Cutoff | 06/02/14 | 10/07/14 |
| File Non-Dispositive Motions | --- | 10/22/14 |
| Hear Non-Dispositive Motions | 06/02/14 | 11/14/14 |
| File Dispositive Motions | 06/09/14 | 11/21/14 |
| Hear Dispositive Motions | 07/23/14 | 12/31/14 |
| Mandatory Settlement Conference | 08/07/14 | 01/20/15 |
| Pretrial Conference | 09/03/14 | 02/19/15 |
| Trial | 10/21/14 | 03/23/15 |

2. The parties STIPULATE and AGREE that the plaintiff may file a Third Amended Complaint naming Robert Yzaguirre, the decedent's father, as a party to this action so that any and all claims arising from the death of Matthew Vincent Yzaguirre may be fully and finally adjudicated in a single action. A true and correct copy of the plaintiff's Third Amended Complaint is attached hereto as Exhibit A.

## GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING CONFERENCE ORDER AND TO PERMIT DEFENDANTS TO FILE A CROSS COMPLAINT

3. Good cause exists to modify the scheduling conference order and to permit the plaintiff to file a Third Amended Complaint. The parties have agreed to stipulate to the above terms because:

  a. Plaintiff Cynthia Soltero seeks to recover damages as the result of the death of her son, Vincent Matthew Yzaguirre.

  b. Decedent Vincent Matthew Yzaguirre's father, Robert Yzaguirre, is alive but was not previously named as a party in this lawsuit.  It is believed that Mr. Yzaguirre is currently incarcerated in Salinas Valley State Prison in Soledad, California.

  c. Plaintiff wishes to file a Third Amended Complaint to name Mr. Yzaguirre as a party so that all claims arising from the death of Vincent Matthew Yzaguirre are fully and finally adjudicated in a single action as is contemplated by California Code of Civil Procedure Section 377.60.

  d. Plaintiff and defendants mediated this matter and reached a settlement in principal but  such settlement is contingent on it being a full and final adjudication of all claims that could have been brought as a result of the death of Vincent Matthew Yzaguirre.  As a result, it is necessary to name Robert Yzaguirre as a party to ensure a full and final adjudication of this matter.

Dated:  June 5, 2014.        MARDEROSIAN, CERCONE & COHEN

                 /s/ Michael G. Marderosian

              By:_____
                Michael G. Marderosian,
                Attorneys for Defendants
                above-named.


Dated:  June 5, 2014.        LAW OFFICES OF
                DANIEL GIBALEVICH

                 /s/ Daniel A. Gibalevich

              By:_____
                Daniel A. Gibalevich,
                Attorneys for Plaintiff

# ORDER

Good cause appearing, the Court **ORDERS**:

1. The stipulation for Plaintiff to file the third amended complaint which was attached to the stipulation as Exhibit A, is **GRANTED**. Plaintiff **SHALL** file the third amended complaint within three court days;

2. Defendants **SHALL** file their responsive pleading to the third amended complaint within 20 days after its filing;

3. The scheduling order is amended as follows:
   a. Expert witnesses SHALL be disclosed no later than 09/02/14;
   b. Rebuttal expert witnesses SHALL be disclosed no later than 09/16/14;
   c. All expert discovery SHALL be completed by 10/07/14;
   d. Non-dispositive motions SHALL be filed no later than 10/22/14 and heard no later than 11/14/14;
   e. Dispositive motions SHALL be filed no later than 11/21/14 and heard no later than 01/06/15;
   f. The settlement conference is reset on 01/20/15 at 9:30 a.m.;
   g. The pretrial conference is reset on 02/25/15 at 8:30 a.m.;
   h. The trial is reset on 04/21/15 at 8:30 a.m.;

4. **Within 90 days**, counsel SHALL file a joint report detailing the status of the settlement negotiations.

IT IS SO ORDERED.

   Dated:   **June 6, 2014**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE