UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLTERO, individually and as Successor in Interest of VINCENT MATTHEW YZAGUIRRE, DECEASED,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, JASON FELGENHAUER, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 1:12-CV-01791-LJO-JLT<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE THE DEFAULT OF THE NATURAL FATHER, ROBERT YZAGUIRRE (DOC. 37), DENYING AS MOOT PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT (DOCS. 29 & 30); AND ADMINISTRATIVELY TERMINATING FINDINGS AND RECOMMENDATIONS RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. 32).** |

      The court, having considered all evidence, hereby GRANTS Defendants' motion to set aside the default of the natural father, Robert Yzaguirre, which was entered on September 10, 2014 [Doc. 28]. Doc. 37.

      As a result, Plaintiff's motions for default judgment, Docs. 29 & 30, are DENIED AS MOOT, and the Clerk of Court is directed to administratively terminate the pending Findings and Recommendations regarding the same, Doc. 32.

**SO ORDERED**
**Dated: February 10, 2015**

                                                        /s/ Lawrence J. O'Neill
                                                        **United States District Judge**