UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLTERO, individually and as Successor in Interest of VINCENT MATTHEW YZAGUIRRE, DECEASED,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, JASON FELGENHAUER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-01791-LJO-JLT<br><br>**ORDER GRANTING DEFENDANTS CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, AND JASON FELGENHAUER'S MOTION SEEKING COURT APPORTIONMENT OF THE SETTLEMENT PROCEEDS PURSUANT TO C.C.P. SECTION 377.61**<br><br>**DATE: January 29, 2015**<br>**TIME: 8:30 a.m.**<br>**COURTROOM: #4**<br>**JUDGE: LAWRENCE J. O'NEILL** |

　　The court, having considered all evidence, hereby grants Defendants' motion for apportionment of the settlement proceeds and apportions the settlement proceeds as follows:

　　Cynthia Soltero　　　　100%

　　Robert Yzaguirre　　　　0%

**SO ORDERED**
**Dated: February 10, 2015**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**