Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:     Defendants CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD
                   And JASON FELGENHAUER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLERO, individually and as Successor in Interest of VINCENT MATTHEW YZAGUIRRE, DECEASED,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, JASON FELGENHAUER, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:12-CV-01791-LJO-JLT<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST THAT PENDING HEARINGS BE VACATED; [~~PROPOSED~~] ORDER THEREON**<br><br>(Doc. 45) |

TO THE COURT AND ALL INTERESTED PARTIES HERETO:

PLEASE TAKE NOTICE THAT the above-entitled matter has been settled in its entirety.  A stipulation of dismissal will be filed with the Court upon completion of the necessary settlement documents.  As such, the parties request that all hearings now pending before the Court be vacated.

1

Dated: February 18, 2015.					MARDEROSIAN, CERCONE & COHEN

								/s/ Michael G. Marderosian
							By:_____
								Michael G. Marderosian,
								Attorneys for Defendants
								above-named.


Dated: February 18, 2015.					LAW OFFICE OF DANIEL A. GIBALEVICH

								/s/ Daniel Gibalevich
							By:_____
								Daniel A. Gibalevich,
								Attorneys for Plaintiff


**ORDER**

This matter having been settled in its entirety, the Court **ORDERS**:

1. No later than March 20, 2015, the parties SHALL file a stipulated motion to dismiss;

2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **February 19, 2015**			     **/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE