UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLERO, individually and as Successor in Interest of VINCENT MATTHEW YZAGUIRRE, DECEASED,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, JASON FELGENHAUER, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:12-CV-01791-LJO-JLT<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

    The Stipulation of the parties (Doc. 47) having been read and considered by the Court, and good cause appearing therefor, IT IS ORDERED that this matter is hereby dismissed in its entirety with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: March 10, 2015**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**